UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALONDA L. MORGAN,

    Plaintiff,

v.

GEO GROUP, INC. (NORTHLAKE
CORRECTIONAL FACILITY) and
BUREAU OF PRISONS,

    Defendants,
_____/

Case No. 1:21-cv-449

Hon. Paul L. Maloney
U.S. District Judge

Hon. Phillip J. Green
U.S. Magistrate Judge

## DEFENDANT BOP'S MOTION FOR SUMMARY JUDGMENT

Defendant Michael Carvajal, Director of the Federal Bureau of Prisons (BOP), moves this Court for summary judgment on Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 56 on the basis that Plaintiff failed to timely exhaust her alleged employment discrimination claims against BOP.

Counsel for Defendant conferred with Plaintiff, via email on September 28, 2021, and explained the basis for the motion, however, Plaintiff did not respond.

This motion is supported by the attached memorandum.

                                                Respectfully submitted,

                                                ANDREW BYERLY BIRGE
                                                United States Attorney

Dated:  September 30, 2021                */s/ Carolyn A. Almassian*
                                                CAROLYN A. ALMASSIAN
                                                Assistant United States Attorney
                                                Post Office Box 208
                                                Grand Rapids, MI 49501-0208
                                                (616) 456-2404
                                                carolyn.almassian@usdoj.gov