UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALONDA L. MORGAN,

       Plaintiff,

                                               Case No. 1:21-cv-449

v.

                                               HONORABLE PAUL L. MALONEY

GEO GROUP INC., et al.,

       Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff initiated this lawsuit in the Kent County Circuit Court.  Defendant GEO Group, Inc. removed the action to this court on June 2, 2021.[1]  Defendant Bureau of Prisons filed a motion for summary judgment.  The motion was referred to the Magistrate Judge, who issued a Report and Recommendation on November 23, 2021, recommending that this Court grant the motion and enter judgment.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

      **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 36) is APPROVED and ADOPTED as the Opinion of the Court.

      **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 30) is GRANTED.

      **IT IS FURTHER ORDERED** that Plaintiff's motion for *ex parte* communications with the judge to understand judgements only (ECF No. 27) is DENIED.

---

[1] Defendant GEO Group, Inc. was dismissed from the lawsuit for failure to properly serve (ECF No. 35).

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certifies that an appeal would not be taken in good faith.

A Judgment will be entered consistent with this Order.


Dated:  December 30, 2021                              /s/  Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge