UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALONDA L. MORGAN,

    Plaintiff,

v.

GEO GROUP INC., et al.,

    Defendants.
_____/

Case No. 1:21-cv-449

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  December 30, 2021

/s/  Paul L. Maloney
Paul L. Maloney
United States District Judge